```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
KEITH CARLSON,                      :
                                    :
                 Plaintiff,         :
          -v-                       :    20cv9852 (DLC)
                                    :
NORTHWELL HEALTH, INC.,             :       ORDER
                                    :
                 Defendant.         :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's opposition to the defendant's motion <u>in limine</u> in the above captioned case, it is hereby

ORDERED that a telephone conference is scheduled for **today, April 29, 2022** at **2:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          April 29, 2022

                                              DENISE COTE
                              United States District Judge