UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KEITH CARLSON,

                        Plaintiff,

           -against-

NORTHWELL HEALTH, INC.,

                       Defendant.

**STIPULATION OF DISMISSAL**

20-CV-9852 (LAP)

------------------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure this action is dismissed with prejudice and without costs to any party.

| Dated: May 19, 2022<br>New York, New York | Dated: May 19, 2022<br>New York, New York |
|---|---|
| VLADECK, RASKIN & CLARK, P.C | COLLAZO & KEIL LLP |
| /s Anne L. Clark<br>Anne L. Clark<br>Susanna Barron<br>565 Fifth Avenue, 9th Floor<br>New York, New York 10017<br>aclark@vladeck.com<br>sbarron@vladeck.com<br>(212)-403-7300 | /s John P. Keil<br>John P. Keil<br>Daniel J. Larose<br>747 Third Avenue<br>New York, NY 10017<br>jkeil@collazokeil.com<br>dlarose@collazokeil.com<br>(212)758-7862 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
Hon. Loretta A. Preska
United States District Court Judge

1218251 v1